IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROWAN FAMILY DENTISTRY, LLC                                                                 PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:18-CV-00188-NBB-RP

PRIVATE HEALTHCARE SYSTEMS, INC.                                                            DEFENDANT

## ORDER

This cause comes before the court upon the plaintiff's Notice of Dismissal in which it stipulates to a voluntary dismissal of the instant action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, the court finds that this case should be **DISMISSED without prejudice**. This case is closed.

**SO ORDERED AND ADJUDGED** this, the 1st day of October, 2018.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**